UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO RENE RUBIO, | ) | CASE NO. CV 10-1834-ODW (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| JOHN MARSHALL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _10-12-2010_.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\RUBIO, M 1834\Judgment.wpd